No. 75–945. GARZA *v.* TEXAS. Ct. Crim. App. Tex Certiorari denied.

No 75–953. HOWELL *v.* JONES, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 74–954. HARRON *v.* UNITED HOSPITAL CENTER, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–955. UNARCO INDUSTRIES, INC., ET AL. *v.* SOUTHERN PACIFIC TRANSPORTATION Co. C. A. 9th Cir. Certiorari denied.

No. 75–992. MARTINEZ *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5129. STEWART *v.* GRIFFIN. C. A. 5th Cir. Certiorari denied.

No. 75–5437. AMEZQUITA ET AL. *v.* COLON, GOVERNOR OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–5464. ALEXANDER *v.* BUCKLEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–5508. VALENZUELA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5514. MALINOWSKI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 75–5585. JEFFERSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 75–5679. DELLAMURA *v.* UNITED STATES; and
No. 75–5690. MILLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 523 F. 2d 1052.